UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED

SEP 29 PM 4:21

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| ORKIN EXTERMINATING C., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-99-BU-1469-E |
| | ) | |
| PAULA BICE BLAIR, | ) | |
| | ) | |
| Defendant. | ) | |

ENTERED

SEP 29 2000

## MEMORANDUM OPINION

This case is presently pending before the Court on Defendant's objections to the Magistrate Judge's Report and Recommendation (Doc. 13), which recommends Defendant's motion for summary judgment (Doc. 3)[1] be denied and Plaintiff's petition for an order compelling arbitration be granted. Defendant has filed objections to the Magistrate Judge's Report and Recommendation.

Having carefully reviewed and considered *de novo* all the materials in the Court's file, including the Report and Recommendation, the Court is of the opinion that the Magistrate Judge's Report is due to be and is hereby ADOPTED and the Recommendation is ACCEPTED. Accordingly, Defendant's motion for summary judgment is due to be denied and Plaintiff's petition for an order compelling arbitration is due to be granted.

DONE this 29th day of September, 2000.

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE

---

[1]Defendant filed a motion to dismiss Plaintiff's petition; the Magistrate Judge converted the motion to a motion for summary judgment.