

## United States District Court
## Northern District of Alabama
## Eastern Division

Orkin Exterminating Company, Inc.,           ]
                                             ]
    Plaintiff(s),                        ]
                                             ]
    vs.                                  ] CV-99-N-1469-E
                                             ]
Paula Bice Blair,                            ]
                                             ]                    **ENTERED**
    Defendant(s).                        ]
                                                                  OCT 2 5 2000

### Memorandum of Decision

The court has for consideration the Report and Recommendation of Magistrate Judge T. Michael Putnam. On May 17, 2000, Judge Putnam recommended that the "motion for summary judgment filed by Paula Bice Blair be DENIED and that Orkin's motion to compel arbitration and stay proceedings in the St. Clair County case be GRANTED. Defendant Paula Bice Blair filed objections to the recommendations on May 31, 2000, and Orkin responded on September 5, 2000.

The court has reviewed Judge Putnam's opinion, the objections of the defendant, the plaintiff's response, and the underlying evidentiary materials. The matter is now ripe for decision. The court has duly considered all issues raised in the objections *de novo*, and upon such consideration, finds that the objections are not well taken.

First, as pointed out by the plaintiff, in the underlying state action Ms. Blair asked for compensatory and punitive damages "in excess of $10,000" and asserted that Orkin had "intentionally," "fraudulently," and "maliciously" misrepresented material facts to her. Moreover, in addition to the usual damages, she alleged that she had suffered emotional distress and mental anguish. In the absence of any disavowal of any claim in excess of



$75,000, it indeed seems likely that there is in controversy in the St. Clair County the requisite jurisdictional amount.

The remaining objections require no comment. Clearly, Ms. Blair became subject to the arbitration clause of the original agreement between Orkin and Pierce when, through her attorney, she had that agreement transferred to her. Finally, Judge Putnam correctly determined that the scope of the arbitration agreement was broad enough to and did include the claims raised in the St. Clair County action.

By separate order, the defendant's motion for summary judgment will be denied and the plaintiff's motion to compel arbitration and to stay the state court action will be granted. Done, this __25th__ of October, 2000.

EDWIN NELSON
UNITED STATES DISTRICT JUDGE